IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-294-WHA |
| | ) | |
| DOUG JOHNSON, et al., | ) | (wo) |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause is before the court on the Recommendation of the Magistrate Judge entered on February 21, 2017 (Doc. #45). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. The plaintiff's claims are DISMISSED without prejudice.

4. Costs are taxed against the plaintiff.

A separate Final Judgment will be entered in accordance with this order.

DONE this 16th day of March, 2017.

    /s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE